FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 19 PM 1:57

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JIMMY E. RUBEY,

    Plaintiff,

vs.                                CIVIL ACTION NO.: CV607-019

TIM WARD, Warden,

    Defendant.

## ORDER

Plaintiff has moved this Court for voluntary dismissal of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby **GRANTED**. Plaintiff's case is **DISMISSED**, without prejudice.

**SO ORDERED**, this _18_ day of _April_, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)